Concur — Eager, J. P, Steuer, Tilzer, McNally and McGivern, JJ.

COMPUTER SCIENCES CORPORATION, Appellant, et al., Plaintiff, v. ALFRED POLITZ, Respondent, et al., Defendant

Concur — Botein, P. J., Eager, Tilzer, Rabin and McGivern, JJ.

Thomas Ullery, Respondent, v. National Car Rental System, Inc., Appellant, et al., Defendants.

Concur — Stevens, J. P., Steuer, Capozzoli, McNally and McGivern, JJ.

Andrew Latzko, Respondent, v. George Spector, Appellant

Concur — Stevens, J. P., Steuer, Capozzoli, McNally and McGivern, JJ.

Jack Tatik, Respondent, v. Miehle-Goss-Dexter, Incorporated, Appellant, et al., Defendants.